## CUMMINS v. BRIDGES.

No. 3505.   Opinion Filed May 12, 1914.

(140 Pac. 1146.)

**APPEAL AND ERROR**—Verdict—Evidence. Where there is competent evidence reasonably tending to support the verdict of the jury, under proper instructions from the court, this court will not disturb the verdict.

(Syllabus by Rittenhouse, C.)

*Error from County Court, Jefferson County;*
*B. T. Price, Judge.*

Action by W. J. Bridges against B. V. Cummins.   Judgment for plaintiff, and defendant brings error.   Affirmed.

*Bridges & Vertrees,* for plaintiff in error.

*J. G. Clift,* for defendant in error.

Opinion by RITTENHOUSE, C.   This is an action on a promissory note for $380.15, balance due on an open account for lumber.   Defendant filed an answer, asking for credit of $223.39 for material returned; $7.05 for broken glass; $7 expended in obtaining glass; $50 for difference in price and grade of lumber; and $50 for damages.   These questions were properly submitted to the jury and a verdict returned in favor of W. J. Bridges and against B. V. Cummins for $180.76.   There being sufficient evidence to support the verdict, this court will not disturb the same.

The judgment of the lower court should therefore be affirmed.

By the Court:   It is so ordered.